# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

JOHNNIE MARENE THOMAS,

    Appellant,

v.

MICHELE J. KIM and
PAUL A. SCHOFIELD,

    Appellees.

CASE NO. 2:24-CV-123

## ORDER

In this Chapter 7 bankruptcy appeal, Johnnie M. Thomas ("Appellant") appeals the order of the United States Bankruptcy Court denying her motion to proceed via Zoom for all hearings (the "Zoom Order"). Dkt. No. 1-1 at 1. Appellant argues Bankruptcy Judge Michele J. Kim denied Appellant her procedural due process rights and should be disqualified from presiding in the case. Id. Appellant also requests sanctions be imposed against Judge Kim in the amount of ten million dollars. Id. at 7.

Appellant proceeds *pro se*, and the Court therefore construes her filings liberally. See Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is to be liberally construed."). However, the Court does not excuse *pro se* litigants from their duty to abide by procedural rules. McNeil v. United States, 508 U.S. 106, 113 (1993); Albra v. Advan, Inc., 490 F.3d 826, 829 (11th

Cir. 2007). With certain exceptions inapplicable to this case, Federal Rule of Bankruptcy Procedure 8002 requires a notice of appeal to be filed "within 14 days after the judgment, order, or decree to be appealed is entered." Fed. R. Bankr. P. 8002(a)(1). Compliance with this timeline is mandatory and jurisdictional: an appellate court lacks authority to consider an untimely notice of appeal. In re Williams, 216 F.3d 1295, 1298 (11th Cir. 2000).

The Zoom Order was entered October 2, 2024. Dkt. No. 1-1 at 1; Dkt. No. 3-1 at 3-4; Dkt. No. 3-3 at 21. Appellant's Notice of Appeal is dated October 23, 2024. Dkt. No. 1-1 at 2. It was filed on the record the same day. Id. at 1. Because the filing date, October 23, 2024, falls outside of the fourteen-day window imposed by Rule 8002, Appellant's notice of appeal is untimely. Further, Appellant failed to move for additional time to file a notice of appeal. Fed. R. Civ. P. 8002(d). Therefore, this Court lacks jurisdiction over this matter, and the appeal is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 8 day of April, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA