AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNNIE MARENE THOMAS,

Appellant,

v.

MICHELE J. KIM and
PAUL A. SCHOFIELD,

Appellees.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:
2:24-cv-123

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 8, 2025, this appeal is dismissed for lack of jurisdiction.

This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: April 9, 2025

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk