# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

JOHNNIE MARENE THOMAS,

    Appellant,

v.

MICHELE J. KIM and
PAUL A. SCHOFIELD,

    Appellees.

CASE NO. 2:24-CV-123

## ORDER

    Before the Court is Appellant Johnnie M. Thomas's "Motion to Strike & Void Out Order." Dkt. No. 9. Therein, Appellant takes issue with the Court's Order dated April 8, 2025, wherein the Court found that Appellant's appeal was untimely and, therefore, that the Court lacked jurisdiction to hear the case. Dkt. No. 7. In her motion, Appellant declares the Court's Order is void because she was not given an opportunity to challenge the Order. Dkt. No. 9 at 1. Appellant's reason is puzzling, because her motion does just that—it challenges the Court's Order. As part of that challenge, Appellant declares she had a right to a hearing and, by not holding a hearing, the Court violated her "due process procedural rights." Id. However, Appellant's motion does not explain why the Court should have held a hearing in an appeal over which it lacks jurisdiction. Additionally, Appellant's motion

contains no argument whatsoever to call into question the Court's holding that it lacks jurisdiction over this appeal. Accordingly, Defendant's motion is **DISMISSED,** and this case remains **CLOSED.**

**SO ORDERED** this 12 day of May, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA